**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE LUIS DOMINGUEZ CHIJ,

          Petitioner,

          v.

FERETI SAMAIA, et al.,

          Respondents.

Case No. 5:25-cv-02354-MCS-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither petitioner nor respondents have filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

//

//

//

//

//

IT IS THEREFORE ORDERED: (1) petitioner's first and third claims alleging a substantive due process violation and violation of Section 504 of the Rehabilitation Act are denied; (2) petitioner's second claim alleging a procedural due process violation is granted; (3) respondents are ordered to provide petitioner with a second individualized bond hearing before a neutral Immigration Judge at which respondents will bear the burden of proving by clear and convincing evidence that petitioner poses either a risk of flight or danger to the community to justify his continued confinement; and (4) Judgment shall be entered granting in part and denying in part the Petition as stated herein.

Dated: March 20, 2026

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE