JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOSE LUIS DOMINGUEZ CHIJ,

       Petitioner,

      v.

FERETI SEMAIA, et al.,

       Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:25-cv-02354-MCS-SP

**JUDGMENT**

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the Petition is granted in part and denied in part as stated in the Order Accepting Findings and Recommendation of United States Magistrate Judge.

Dated: March 20, 2026

_Mark C. Scarsi_

_____

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE